■ In the Matter of VIVIAN Z. DI GIULIO et al., Petitioners, v EDWARD MERCADO, as Commissioner of New York State Division of Human Rights, et al., Respondents. [669 NYS2d 1015] —Determination unanimously confirmed without costs, petition and cross petition of Scott Gehl, as Executive Director of Housing Opportunities Made Equal, Inc., and C. Lavonne Moton also known as C. Lavonne Moton-Teague, dismissed and Cross Pe-

tition of New York State Division of Human Rights granted. (Executive Law Proceeding Transferred by Order of Supreme Court, Erie County, Flaherty, J.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.